

# IN THE
# TENTH COURT OF APPEALS

No. 10-21-00279-CR

## IN RE CLAUDIO CASTRO

## Original Proceeding

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 23564**

## MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.

STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Johnson,
    and Justice Smith
Petition denied
Opinion delivered and filed November 3, 2021
Do Not Publish
[OT06]

